# COMPLAINT FORM
(for filers who are prisoners without lawyers)

FILED
07/25/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Matthew C. Brenner

vs

(Full name of defendant(s))

Diana Moers Davis, prosecutor of Vanderburgh county for the state of Indiana

Case Number:

3:24-cv-128-MPB-CSW

(to be supplied by clerk of court)

### A. PARTIES

1. Plaintiff is a citizen of Indiana (State), and is located at 3500 N. Harlan Ave. Evansville, In 47711 (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Diana Moers Davis (Name)

Complaint - 1

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _The Vanderburgh County Prosecutor's office_
_1 N.W. Martin Luther King Jr Blvd. Room 108 Evansville, In 47708_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Vanderburgh County Prosecutor Diana Moers Davis filed charges of Level 3 Felony rape against the plaintiff on August 2nd, 2023 which was nine (9) months after the deadline to do so in case # 82C01-2208-F4-004925. The Plaintiff was not properly informed of the charge by his attorney and the Prosecutor then relied on the plaintiff to take a plea aggreement in exchange for dismissing the chargers Which Violates the plaintiff's substantive rights under the 14th Amendment

Complaint - 2

of the United States Constitution of due process and also is a violation of Indiana Code 35-34-1-5 a prosecutor is only allowed to Amend an indictment or information at any time before trial, they however can not Amend an Indictment or information to cure a failure to charge. Again this severely violates the Plaintiff's rights and the laws of the State of Indiana.

On July 16th, 2024 Diana Moers Davis filed a new charge of Class A misdemeanor Invasion of privacy forewhich the plaintiff had already been previously convicted of which places the plaintiff in double jeopardy for the same offense against the same victim, this violates the plaintiff's rights under the 5th Amendment of the United States Constitution. The events stated above happened in Vanderburgh County Indiana

C.     JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
                  OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiff seeks damages in the Amount of $300,000 against the defendant.
Plaintiff also seeks an emergency TPO. to prevent further harassement from the Defendant.
Plaintiff also seeks recovery of costs in this matter and any relief the court deems proper
Plaintiff request that the defendant be ordered not to further harass the Plaintiff

Complaint - 4

E.     JURY DEMAND

☐   Jury Demand - I want a jury to hear my case
        OR

☑   Court Trial – I want a judge to hear my case

Dated this __19th__ day of __July__ 20__24__.

Respectfully Submitted,

_Matt [signature]_
Signature of Plaintiff

_____
Plaintiff's Prisoner ID Number

_3500 N. Harlan Ave, Evansville, In 47711_
_Vanderburgh Co, Jail_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5

To the Clerk, July 19th, 2024

My name is Matthew C. Brenner and I am requesting that a criminal complaint be forwarded to the federal prosecutor against Vanderburgh County Prosecutor Diana Moers Davis for violation of 18 U.S.C. Sect. 1509 obstruction of court orders

Diana Moers Davis has interfered with the summoning of my ex-wife Courtney L. Elder. Courtney L. Elder is subject to the District court for the Southern District of Indiana due to a subpoena that was filed on her in Case# 3:23-cv-0001? -MPB-CSW. I wish to file charges against Mrs. Diana Moers Davis for the above violation. This violation was attempted on or about July 13-16th, 2024, preventing Courtney L. Elder from appearing in an official proceeding

I certify under the penalties of perjury that the foregoing are true to the best of my knowledge.

Signed; Matthew C. Brenner