UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MATTHEW C. BRENNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-00128-MPB-CSW |
| | ) |
| DIANA MOERS DAVIS prosecutor of | ) |
| Vanderburgh County for the State Of Indiana, | ) |
| | ) |
| Defendant. | ) |

# **FINAL JUDGMENT**

The Court, having this day made its Order directing the entry of final judgment, now enters

FINAL JUDGMENT. The action is **dismissed without prejudice** for failure to prosecute.

Dated: February 19, 2025

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

MATTHEW C. BRENNER
No address reported- copy available upon request